IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00246-RPM

PHM FINANCIAL INCORPORATED, d/b/a
PROFESSIONAL HOME MORTGAGE,

        Plaintiff,

v.

GREAT AMERICAN MORTGAGE LLP, a Minnesota Limited Liability Partnership;
GREAT AMERICAN MORTGAGE CORPORATION, a Minnesota corporation d/b/a
GREAT AMERICAN MORTGAGE CORP.;
GREAT AMERICAN MORTGAGE FUNDING INCORPORATED, a Minnesota Limited Liability Company;
1st FINANCIAL MORTGAGE, LLC., a Minnesota Limited Liability Company;
JAY CHOR YANG;
CHER VANG; and
MELISSA CLARE,

        Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **March 15, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **March 8, 2007.**

        DATED:  February 6th, 2007

                              BY THE COURT:

                              s/ Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge