IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00246-RPM
Civil Action No. 07-cv-00430-MSK

PHM FINANCIAL INCORPORATED, d/b/a
PROFESSIONAL HOME MORTGAGE,

                    Plaintiff,

v.

GREAT AMERICAN MORTGAGE LLP, a Minnesota Limited Liability Partnership;
GREAT AMERICAN MORTGAGE CORPORATION, a Minnesota corporation d/b/a
GREAT AMERICAN MORTGAGE CORP.;
GREAT AMERICAN MORTGAGE FUNDING INCORPORATED, a Minnesota Limited Liability
Company;
1st FINANCIAL MORTGAGE, LLC., a Minnesota Limited Liability Company;
JAY CHOR YANG;
CHER VANG; and
MELISSA CLARE,
                    Defendants.

_____

ORDER FOR CONSOLIDATION
_____

        On March 5, 2007, Defendant Melissa Clare filed a Notice of Removal to remove Case No.

2006cv12749 from the District Court, City and County of Denver, Colorado, to this court.  The action

had already been removed on February 2, 2007, and given Civil Action No. 07-cv-00246-RPM.

Because the Notice of Removal was filed electronically and because the court's electronic case filing

system is incapable of recognizing the obvious and treated the removal as a separate civil action

which, by random assignment, went to Judge Marcia Krieger as Civil Action No. 07-cv-00430-MSK,

the plaintiff filed a motion to consolidate the two cases on March 8, 2007.  This is the same civil

action and therefore it is

        ORDERED that the motion to consolidate is granted.

        DATED:   March 14th, 2007

                                BY THE COURT:
                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge