IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00246-RPM
Civil Action No. 07-cv-00430-MSK

PHM FINANCIAL INCORPORATED, d/b/a
PROFESSIONAL HOME MORTGAGE,

        Plaintiff,

v.

GREAT AMERICAN MORTGAGE LLP, a Minnesota Limited Liability Partnership;
GREAT AMERICAN MORTGAGE CORPORATION, a Minnesota corporation d/b/a
GREAT AMERICAN MORTGAGE CORP.;
GREAT AMERICAN MORTGAGE FUNDING INCORPORATED, a Minnesota Limited Liability Company;
1st FINANCIAL MORTGAGE, LLC., a Minnesota Limited Liability Company;
JAY CHOR YANG;
CHER VANG; and
MELISSA CLARE,
        Defendants.

_____

## ORDER FOR TRANSFER
_____

Pursuant to the stipulation, filed by all parties in appearance in this civil action on March 28, 2007, it is

ORDERED that this civil action is transferred to the United States District Court for the District of Minnesota. The stipulation for a stay pending the appearance of new counsel is a matter to be determined by that court.

DATED: March 29th, 2007

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge